# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO.  1:07 CV 1673** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **JUDGE DONALD C. NUGENT** |
| ) | |
| **MELVIN CROCKET,** ) | |
| ) | |
| **Defendant.** ) | **JUDGMENT** |

Pursuant to the attached Memorandum Opinion and Order, Mr. Crocket's Motion to Vacate, Set Aside or Correct Sentence (Docket #3) is hereby DENIED.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

                                              s/ Donald C. Nugent
                                              DONALD C. NUGENT
                                              United States District Judge

DATED: August 7, 2007